**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FLENOID LAMAR MCCLEARY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DORIAN NOLBERTO MAYA, et al.,<br><br>Defendants. | No. 2:20-cv-02745-JAK (JEMx)<br><br>**ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE (DKT. 84)**<br><br>**JS-6: CASE TERMINATED** |

1

1    Based on a review of the Stipulation to Dismiss Entire Action with Prejudice (the
2  "Stipulation" (Dkt. 84)), sufficient good cause has been shown for the requested relief.
3  Therefore, the Stipulation is **APPROVED**, as follows:
4    The entire action is dismissed as to all defendants with prejudice. All parties are to
5  bear their own costs arising out of this dismissal.

7  **IT IS SO ORDERED.**

9  Dated:   September 12, 2022        _____
10                                    John A. Kronstadt
11                                    United States District Judge